FILED
JAMES BONINI
2009 MAR -4 PM 3:48
US DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

Cornelius Burnett, : Case No. 3:07-cr-34(1)

        Petitioner, Also 3:08-cv-463

-vs- District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

United States of America

        Respondent. :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #270 in 3:07-cr34(1) and Doc. #266 in 3:08-cv-463), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Amended Petition herein is DISMISSED with prejudice. Petitioner is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

March 4, 2009.

                                                Walter Herbert Rice
                                                United States District Judge